**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Donald R Alberts Jr<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9885<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   13–29256–MBK

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Donald R Alberts Jr
   aka Donnie Alberts

5/23/19                                          **By the court:** Michael B. Kaplan
                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 13-29256-MBK
Donald R Alberts, Jr                                                Chapter 13
           Debtor              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                Page 1 of 2                  Date Rcvd: May 23, 2019
                               Form ID: 3180W             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db             +Donald R Alberts, Jr,    115 Lake Winnepesaukee Drive,     Little Egg Harbor, NJ 08087-1231
cr             +Hyundai Motor Finance,    c/o Schiller & Knapp, LLP,    950 New Loudon Road, Suite 109,
                 Latham, NY 12110-2190
514407818      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
514340560       CitiMortgage, Inc.,    P.O BOX 6030,    Sioux Falls, SD,    57117-6030
514185519       Citimortgage Inc,    PO Box 6243,    Sioux Falls, SD 57117-6243
516241980      +MidFirst Bank,   999 NorthWest Grand Boulevard,     Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 23:43:49      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 23:43:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514361825      +E-mail/Text: bncmail@w-legal.com May 23 2019 23:43:57      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
514185510      +EDI: RMSC.COM May 24 2019 03:03:00       American Eagle Gecrb,
                 GE Capital Retail bank/Attention: Bankru,    Po Box 103104,    Roswell, GA 30076-9104
514185511      +EDI: ACCE.COM May 24 2019 03:08:00       Asset Acceptance,    Attn: Bankrupcy Dept,   Po Box 2036,
                 Warren, MI 48090-2036
514185512      +EDI: ACCE.COM May 24 2019 03:08:00       Asset Acceptance Llc,    Po Box 1630,
                 Warren, MI 48090-1630
514185513      +EDI: BANKAMER.COM May 24 2019 03:03:00       Bank Of America,    Po Box 84006,
                 Columbus, GA 31908-4006
514185518       EDI: CITICORP.COM May 24 2019 03:03:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City, MO  64195
514185514      +EDI: CAPITALONE.COM May 24 2019 03:03:00       Cap1/kawas,   26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
514185515      +EDI: PRA.COM May 24 2019 03:08:00       Carrie Brown,   C/O Portfolio Recovery Associates,
                 140 Corporate Blvd.,    Norfolk, VA 23502-4952
514185516      +EDI: CHASE.COM May 24 2019 03:08:00       Chase,   Po Box 15298,    Wilmington, DE 19850-5298
514185517      +EDI: CITICORP.COM May 24 2019 03:03:00       Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
514412291      +EDI: CITICORP.COM May 24 2019 03:03:00       Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
514185520      +EDI: RCSFNBMARIN.COM May 24 2019 03:03:00       Credit One Bank,    Po Box 98872,
                 Las Vegas, NV 89193-8872
514185521      +EDI: RCSFNBMARIN.COM May 24 2019 03:03:00       Credit One Bank,    Po Box 98873,
                 Las Vegas, NV 89193-8873
514185523      +EDI: RMSC.COM May 24 2019 03:03:00       Gecrb/amer Eagle,    Po Box 965005,
                 Orlando, FL 32896-5005
514185526       EDI: HY11.COM May 24 2019 03:08:00       Hyundai Motor Finance,    10550 Talbert,
                 Fountain Valley, CA  92628
514185524      +EDI: HFC.COM May 24 2019 03:03:00       Hsbc Kawasaki,    Attention: Bankruptcy,   Po Box 5216,
                 Carol Stream, IL 60197-5216
514185525      +EDI: HY11.COM May 24 2019 03:08:00       Hyundai Motor Finance,    Attn: Bankruptcy,   Pob 20809,
                 Fountain Valley, CA 92728-0809
516462539       EDI: RESURGENT.COM May 24 2019 03:08:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10587,    Greenville, SC 29603-0587
514250750       EDI: RESURGENT.COM May 24 2019 03:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514263368       EDI: BL-BECKET.COM May 24 2019 03:08:00      NCEP, LLC, assignee of UNITED DEBT,    HOLDINGS, LLC,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514185527      +EDI: CREDIGYREC.COM May 24 2019 03:08:00       Ncep Llc,   3715 Davinci Ct Ste 200,
                 Norcross, GA 30092-2749
514185528      +EDI: AGFINANCE.COM May 24 2019 03:03:00       Onemain Fi,   Po Box 499,    Hanover, MD 21076-0499
514185529       EDI: PRA.COM May 24 2019 03:08:00       Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
514876117       EDI: PRA.COM May 24 2019 03:08:00       Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
514876118       EDI: PRA.COM May 24 2019 03:08:00       Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514420182       EDI: PRA.COM May 24 2019 03:08:00       Portfolio Recovery Associates, LLC,   c/o Aeo, Inc.,
                 POB 41067,    Norfolk VA 23541
514401689       EDI: PRA.COM May 24 2019 03:08:00       Portfolio Recovery Associates, LLC,
                 c/o CHASE BANK USA, N.A.,    POB 41067,    Norfolk VA 23541
514420260       EDI: PRA.COM May 24 2019 03:08:00       Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
514185530      +EDI: PRA.COM May 24 2019 03:08:00       Portfolio Recvry&affil,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
514185531      +EDI: CHASE.COM May 24 2019 03:08:00       Providian/chase,    Attn: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
514200688       EDI: DRIV.COM May 24 2019 03:08:00       SANTANDER CONSUMER USA,    P.O. BOX 560284,
                 DALLAS, TX 75356-0284
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: May 23, 2019
                              Form ID: 3180W           Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
514185532      +EDI: DRIV.COM May 24 2019 03:08:00      Santander Consumer Usa,   Po Box 961245,
                Ft Worth, TX 76161-0244
514419751       EDI: TDBANKNORTH.COM May 24 2019 03:08:00      TD Bank N.A.,   Attn: Bankruptcy Dept.,
                ME2-002-035,   P.O. Box 9547,   Portland, ME 04112-9547
514185533       EDI: TDBANKNORTH.COM May 24 2019 03:08:00      TD Bank N.a.,   32 Chestnut St,
                Lewiston, ME 04240
514185534       EDI: TDBANKNORTH.COM May 24 2019 03:08:00      Td Banknorth Mortgage,
                TD Bank NA-Attn: Bankruptcy Department,   Po Box 1377,   Lewiston, ME 04243
514185522       EDI: USBANKARS.COM May 24 2019 03:08:00      Elan Financial Service,   777 E Wisconsin Ave,
                Milwaukee, WI 53202
                                                                                              TOTAL: 38

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514400817*      CitiMortgage,Inc.,   PO Box 6030,   Sioux Falls, SD 57117-6030
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francis P. Cullari    on behalf of Debtor Donald R Alberts, Jr cullari@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              Young-Lynn Lee    on behalf of Creditor    Hyundai Motor Finance ylee@schillerknapp.com,
               kcollins@schillerknapp.com
                                                                                               TOTAL: 8
```